**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| Christopher M. Wolpert | | Jane K. Castro |
|---|---|---|
| Clerk of Court | November 16, 2020 | Chief Deputy Clerk |

Mr. Mark C. McCartt
United States District Court for the Northern District of Oklahoma
333 West 4th Street, Room 411
Tulsa, OK 74103

**RE:** 19-5094, Palzer v. Cox Oklahoma Telcom, et al
Dist/Ag docket: 4:15-CV-00564-GKF-JFJ

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's October 23, 2020 judgment takes effect this date.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of the Court

cc: Christopher Lincoln Camp
Rachel B. Crawford
William D. Deveney
William Walker O'Connor
Kevin Paul Simpson
Keith A. Wilkes

CMW/mlb