**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Christopher M. Wolpert
Clerk of Court

January 08, 2020

Jane K. Castro
Chief Deputy Clerk

Mr. Christopher Lincoln Camp
Camp Law Firm
7122 South Sheridan Road
Suite 2-382
Tulsa, OK 74133

**RE:** 19-5094, Palzer v. Cox Oklahoma Telcom, et al
Dist/Ag docket: 4:15-CV-00564-GKF-JFJ

Dear Counsel:

Appellant's brief (and appendix, if one is required under 10th Cir. R. 30.1) has not been filed in this case. Unless the brief is filed within three days after the date of this letter, the appeal may be dismissed without further notice. See 10th Cir. R. 42.1.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of the Court

cc: Rachel B. Crawford
William D. Deveney
William Walker O'Connor
Kevin Paul Simpson
Keith A. Wilkes

CMW/jm