Case No. 19-5094

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | | |
|---|---|---|
| Mark Anthony Palzer, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| vs. | ) | No. 19-5094 |
| | ) | |
| CoxCom, LLC, | ) | |
| | ) | |
| Defendant-Appellee. | ) | |

On Appeal from the United States District Court
for the Northern District of Oklahoma
Case No. 15-CV-0564-GKF-JFJ
The Honorable Gregory K. Frizzell

## APPELLEE'S SUPPLEMENTAL APPENDIX

March 11, 2020

William W. O'Connor, OBA No. 13200
Keith A. Wilkes, OBA No. 16750
HALL, ESTILL, HARDWICK, GABLE,
GOLDEN AND NELSON, P.C.
320 South Boston Avenue, Suite 200
Tulsa, Oklahoma  74103
(918) 594-0400 Telephone
(918) 594-0505 Facsimile
boconnor@hallestill.com
kwilkes@hallestill.com

William D. Deveney, GA No. 219744
ELARBEE, THOMPSON SAPP &
WILSON, LLP
800 International Tower
229 Peachtree Street, NE
Atlanta, Georgia  30303
(404) 659-6700 Telephone
(404) 222-9718 Facsimile
deveney@elarbeethompson.com

**ATTORNEYS FOR APPELLEE
COXCOM, LLC**

# INDEX

| Doc. No. | Filing Date | Document Name | Page No. |
|---|---|---|---|
| | | District Court Docket | 001 |
| 125 | 10/10/2018 | Minute Order | 020 |
| 129 | 10/22/2018 | Minute Order | 022 |
| 130 | 10/22/2018 | Motion to Exceed Page Limitation filed by Mark Anthony Palzer | 024 |
| 131 | 10/23/2018 | Minute Order | 027 |
| 153 | 12/06/2018 | Motion for Extension of Time to Respond to Motion filed by Mark Anthony Palzer | 029 |
| 154 | 12/07/2018 | Minute Order | 032 |
| 159 | 12/14/2018 | Second Motion for Extension of Time to Respond to Motion filed by Mark Anthony Palzer | 034 |

## CERTIFICATE OF DIGITAL SUBMISSION

Counsel for Appellee hereby certifies that all required privacy redactions have been made in compliance with Federal Rule of Appellate Procedure 25(a)(5).

Counsel also certifies that the hard copies submitted to the Court are exact copies of the ECF filing of March 11, 2020.

Counsel further certifies that the ECF submission was scanned for viruses with the most recent version of a commercial virus scanning program (McAfee Agent Version 5.6.3.157\McAfee Endpoint Security 10.6), which was updated on March 11, 2020 at approximately 11:45 a.m., and according to the program, is free of viruses.

Dated: March 11, 2020

*s/Keith A. Wilkes*
Keith A. Wilkes, OBA No. 16750
HALL, ESTILL, HARDWICK, GABLE,
GOLDEN AND NELSON, P.C.
320 South Boston Avenue, Suite 200
Tulsa, Oklahoma  74103
(918) 594-0400 Telephone
(918) 594-0505 Facsimile
kwilkes@hallestill.com

**Attorney for Appellee**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 11, 2020, I electronically transmitted the foregoing Appellee's Supplemental Appendix to the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Christopher L. Camp
ATTORNEY FOR APPELLANT

<u>s/Keith A. Wilkes</u>
Keith A. Wilkes, OBA No. 16750
HALL, ESTILL, HARDWICK, GABLE,
GOLDEN AND NELSON, P.C.
320 South Boston Avenue, Suite 200
Tulsa, Oklahoma  74103
(918) 594-0400 Telephone
(918) 594-0505 Facsimile
kwilkes@hallestill.com

**Attorney for Appellee**

# U.S. District Court
## U.S. District Court for the Northern District of Oklahoma (Tulsa)
### CIVIL DOCKET FOR CASE #: 4:15-cv-00564-GKF-JFJ

| | |
|---|---|
| Palzer v. Cox Oklahoma Telcom, LLC et al | Date Filed: 10/02/2015 |
| Assigned to: Judge Gregory K Frizzell | Date Terminated: 09/17/2019 |
| Referred to: Magistrate Judge Jodi F Jayne | Jury Demand: Plaintiff |
| Case in other court:  10th Circuit, 16-05021 (#29) | Nature of Suit: 442 Civil Rights: Jobs |
|   10th Circuit, 19-05094 (#173) | Jurisdiction: Federal Question |
|   Tulsa Cty Dist Ct, CJ-15-00243 | |
| Cause: 28:1331 Fed. Question: Employment Discrimination | |

**Plaintiff**

**Mark Anthony Palzer**
*an individual*

represented by **Christopher Lincoln Camp**
Camp Law Firm
7122 S SHERIDAN RD STE 2-382
TULSA, OK 74133
918-200-4871
Fax: 918-550-8337
Email: camplawfirm@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**N Kay Bridger-Riley**
Bridger-Riley & Associates PC
3515 E 74TH ST
TULSA, OK 74136
918-492-4790
Fax: 918-794-9691
Email: kay@bridger-riley.com
*TERMINATED: 10/02/2015*

V.

**Defendant**

**Cox Oklahoma Telcom, LLC**
*previously named as*
Cox Oklahoma Telecom, LLC

represented by **Kevin Paul Simpson**
Newton O'Connor Turner & Ketchum PC
15 W 6TH ST STE 2700
TULSA, OK 74119-5423
918-587-0101
Fax: 918-587-0102
Email: ksimpson@newtonoconnor.com
*TERMINATED: 08/19/2016*
*LEAD ATTORNEY*

**Rachel B Crawford**
Newton O'Connor Turner & Ketchum PC
15 W 6TH ST STE 2700
TULSA, OK 74119-5423

**001**

918-587-0101
Fax: 918-587-0102
Email: rcrawford@newtonoconnor.com
*TERMINATED: 12/14/2016*
*LEAD ATTORNEY*

**William Walker O'Connor**
Hall Estill Hardwick Gable Golden &
Nelson (Tulsa)
320 S BOSTON STE 200
TULSA, OK 74103-3706
918-594-0400
Fax: 918-594-0505
Email: boconnor@hallestill.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CoxCom Inc.**

**Defendant**

**CoxCom, LLC**                    represented by    **Keith A Wilkes**
*d/b/a Cox Communications Tulsa*                      Hall Estill Hardwick Gable Golden &
-                                                     Nelson (Tulsa)
Cox Communications Tulsa                              320 S BOSTON STE 200
*previously named as*                                TULSA, OK 74103-3706
CoxCom, LLC                                           918-584-0709
                                                      Fax: 918-584-0505
                                                      Email: kwilkes@hallestill.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Kevin Paul Simpson**
(See above for address)
*TERMINATED: 08/19/2016*
*LEAD ATTORNEY*

**Margo Elizabeth Shipley**
Hall Estill Hardwick Gable Golden &
Nelson (Tulsa)
320 S BOSTON STE 200
TULSA, OK 74103-3706
918-594-0400
Fax: 918-594-0505
Email: mshipley@hallestill.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel B Crawford**
(See above for address)
*TERMINATED: 12/14/2016*
*LEAD ATTORNEY*

**William Drummond Deveney**

**002**

Elarbee Thompson Sapp & Wilson LLP
229 Peachtree St NE
Ste 800
Atlanta, GA 30303
404-659-6700
Fax: 404-222-9718
Email: deveney@elarbeethompson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Walker O'Connor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cox Communications, LLC**

**Defendant**

**Cox Communications**

**Defendant**

**Cox Communications Kansas, LLC**          represented by **Kevin Paul Simpson**
(See above for address)
*TERMINATED: 08/19/2016*
*LEAD ATTORNEY*

**Rachel B Crawford**
(See above for address)
*TERMINATED: 12/14/2016*
*LEAD ATTORNEY*

**William Walker O'Connor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/20/2015 | | PETITION/COMPLAINT with Jury Demand filed in State Court against All Defendants by Mark Anthony Palzer (sc, Dpty Clk) (Entered: 10/02/2015) |
| 10/02/2015 | 1 | CIVIL COVER SHEET by CoxCom, LLC (Crawford, Rachel) (Entered: 10/02/2015) |
| 10/02/2015 | 2 | NOTICE of Removal from Tulsa County District Court, case number CJ-2015-00243 (paid $400 filing fee; receipt number 1085-1508397) by CoxCom, LLC (With attachments) (Crawford, Rachel) Modified on 10/5/2015 to delete "with jury demand" (sac, Dpty Clk). (Entered: 10/02/2015) |
| 10/02/2015 | 3 | STATUS REPORT on Removed Action by CoxCom, LLC (Crawford, Rachel) (Entered: 10/02/2015) |
| 10/02/2015 | 4 | ATTORNEY APPEARANCE by Rachel B Crawford on behalf of CoxCom, LLC (Crawford, Rachel) (Entered: 10/02/2015) |

**003**

| 10/02/2015 | 5 | ATTORNEY APPEARANCE by William Walker O'Connor on behalf of CoxCom, LLC (O'Connor, William) (Entered: 10/02/2015) |
|---|---|---|
| 10/02/2015 | 6 | ATTORNEY APPEARANCE by Kevin Paul Simpson on behalf of CoxCom, LLC (Simpson, Kevin) (Entered: 10/02/2015) |
| 10/05/2015 | 7 | MINUTE ORDER by Court Clerk , directing CoxCom, LLC to file a Corporate Disclosure Statement pursuant to FRCvP 7.1 within seven (7) days of this order, if they have not already done so. The parties shall use the form entitled Corporate Disclosure Statement available on the Courts website (please do not refile if already filed on non-court form unless directed to do so). If you have already filed your Corporate Disclosure Statement in this case, you are reminded to file a Supplemental Corporate Disclosure Statement within a reasonable time of any change in the information that the statement requires. (This entry is the Official Order of the Court. No document is attached.) (sc, Dpty Clk) (Entered: 10/05/2015) |
| 10/05/2015 | | NOTICE of Docket Entry Modification; Error: "with jury demand" was selected although it is not present in pleading; Correction: deleted "with jury demand" (Re: 2 Notice of Removal, ) (sac, Dpty Clk) (Entered: 10/05/2015) |
| 10/08/2015 | 8 | MOTION to Dismiss by Cox Communications Kansas, LLC, Cox Oklahoma Telecom, LLC, CoxCom, LLC (Crawford, Rachel) Modified on 10/9/2015 to delete 3 filers selected in error (sac, Dpty Clk). (Entered: 10/08/2015) |
| 10/09/2015 | | NOTICE of Docket Entry Modification; Error: three defendants were selected in error; Correction: deleted those three defendants selected in error (Re: 8 MOTION to Dismiss ) (sac, Dpty Clk) (Entered: 10/09/2015) |
| 10/12/2015 | 9 | CORPORATE DISCLOSURE STATEMENT (identifying: Corporate Parent Cox Communications, Inc. for CoxCom, LLC) by CoxCom, LLC (Simpson, Kevin) (Entered: 10/12/2015) |
| 10/12/2015 | 10 | CORPORATE DISCLOSURE STATEMENT (identifying: Corporate Parent Cox Communications, Inc. for Cox Oklahoma Telecom, LLC) by Cox Oklahoma Telecom, LLC (Simpson, Kevin) (Entered: 10/12/2015) |
| 10/12/2015 | 11 | CORPORATE DISCLOSURE STATEMENT (identifying: Corporate Parent Cox Communications, Inc. for Cox Communications Kansas, LLC) by Cox Communications Kansas, LLC (Simpson, Kevin) (Entered: 10/12/2015) |
| 10/13/2015 | 12 | MINUTE ORDER by Court Clerk , directing Cox Communications Kansas, LLC and Cox Oklahoma Telecom, LLC to file a Corporate Disclosure Statement pursuant to FRCvP 7.1 within seven (7) days of this order, if they have not already done so. The parties shall use the form entitled Corporate Disclosure Statement available on the Courts website (please do not refile if already filed on non-court form unless directed to do so). If you have already filed your Corporate Disclosure Statement in this case, you are reminded to file a Supplemental Corporate Disclosure Statement within a reasonable time of any change in the information that the statement requires. (This entry is the Official Order of the Court. No document is attached.) (sdc, Dpty Clk) (Entered: 10/13/2015) |
| 10/13/2015 | 13 | NOTICE of Party Name Correction by Cox Oklahoma Telecom, LLC (Crawford, Rachel) (Entered: 10/13/2015) |
| 10/13/2015 | 14 | NOTICE of Party Name Correction by CoxCom, LLC (Crawford, Rachel) (Entered: 10/13/2015) |
| 10/14/2015 | 15 | MINUTE ORDER by Court Clerk , directing the party name for Cox Oklahoma Telecom, LLC and CoxCom, LLC be corrected as indicated in the Notice of Party Name Correction. If any other party to this case objects to this Party Name Correction, they |

**004**

| | | |
|---|---|---|
| | | shall file a Motion to Reconsider Party Name Correction within seven (7) days of this order. (Re: 14 Notice of Party Name Correction, 13 Notice of Party Name Correction ) (This entry is the Official Order of the Court. No document is attached.) (sc, Dpty Clk) (Entered: 10/14/2015) |
| 10/28/2015 | 16 | Unopposed MOTION for Extension of Time to Respond to Motion (Re: 8 MOTION to Dismiss ) by Mark Anthony Palzer (Camp, Christopher) (Entered: 10/28/2015) |
| 10/29/2015 | 17 | MINUTE ORDER by Chief Judge Gregory K Frizzell ; setting/resetting deadline(s)/hearing(s): ( Responses due by 11/2/2015, Replies due by 11/16/2015); granting 16 Motion for Extension of Time to Respond to Motion (Re: 8 MOTION to Dismiss ) (This entry is the Official Order of the Court. No document is attached.) (hbo, Dpty Clk) (Entered: 10/29/2015) |
| 11/03/2015 | 18 | RESPONSE in Opposition to Motion (Re: 8 MOTION to Dismiss ) by Mark Anthony Palzer ; (With attachments) (Camp, Christopher) Modified on 11/4/2015; this document contains two events and that cannot be properly efiled in one entry - see 19 for Motion to Strike Document(s) (sac, Dpty Clk). (Entered: 11/03/2015) |
| 11/03/2015 | 19 | MOTION to Strike Document(s) *(submitted as part of 18* (Re: 8 MOTION to Dismiss ) by Mark Anthony Palzer (sac, Dpty Clk) (Entered: 11/04/2015) |
| 11/04/2015 | | NOTICE of Docket Entry Modification; Error: this document contains two events and that cannot be properly filed in one entry; Correction: efiled Motion to Strike Document(s) - see 19 (Re: 18 Response in Opposition to Motion, ) (sac, Dpty Clk) (Entered: 11/04/2015) |
| 11/17/2015 | 20 | REPLY to Response to Motion (Re: 8 MOTION to Dismiss ) by CoxCom, LLC ; (With attachments) (Crawford, Rachel) (Entered: 11/17/2015) |
| 01/07/2016 | 21 | MINUTE ORDER by Chief Judge Gregory K Frizzell *Plaintiff's Motion to Strike Defendants' Motion to Dismiss must be denied, as the state trial judge's apparent decision at the disposition docket to allow the case to remain on the docket does not amount to an analysis under 12 O.S. Section 2004(I)* ; denying 19 Motion to Strike Document(s) (This entry is the Official Order of the Court. No document is attached.) (GKFJ, Judge) (Entered: 01/07/2016) |
| 01/14/2016 | 22 | ORDER by Chief Judge Gregory K Frizzell *Plaintiff brief due 1-20-16, Defendants response due 1-27-16.*, setting/resetting deadline(s)/hearing(s): ( Miscellaneous Deadline set for 1/20/2016) (Re: 8 MOTION to Dismiss , 21 Minute Order,, Ruling on Motion to Strike Document(s), ) (hbo, Dpty Clk) (Entered: 01/14/2016) |
| 01/21/2016 | 23 | BRIEF *Showing Good Cause* by Mark Anthony Palzer (Camp, Christopher) (Entered: 01/21/2016) |
| 01/21/2016 | 24 | Amended BRIEF *on the Issue of Good Cause with Supporting Evidence* by Mark Anthony Palzer (With attachments) (Camp, Christopher) (Entered: 01/21/2016) |
| 01/27/2016 | 25 | SUPPLEMENT (Re: 24 Brief ) by Mark Anthony Palzer (With attachments) (Camp, Christopher) Modified on 1/28/2016 to edit docket text to reflect correct event (srt, Dpty Clk). (Entered: 01/27/2016) |
| 01/27/2016 | 26 | RESPONSE (re: 24 Amended BRIEF) by CoxCom, LLC (Crawford, Rachel) Modified on 1/28/2016 to create link (srt, Dpty Clk). (Entered: 01/27/2016) |
| 01/28/2016 | | NOTICE of Docket Entry Modification; Error: link not created; Correction: created link to dkt # 24 (Re: 26 Response ) (srt, Dpty Clk) (Entered: 01/28/2016) |
| 01/28/2016 | | NOTICE of Docket Entry Modification; Error: this was filed using the wrong event |

| | | |
|---|---|---|
| | | (Errata/Correction); Correction: edited docket text to reflect correct event (Supplement) (Re: 25 Errata/Correction to Document ) (srt, Dpty Clk) (Entered: 01/28/2016) |
| 01/28/2016 | 27 | ORDER by Chief Judge Gregory K Frizzell ; dismissing/terminating case ; granting 8 Motion to Dismiss (hbo, Dpty Clk) Modified on 12/28/2016- **VACATED per** 44 (srt, Dpty Clk). (Entered: 01/28/2016) |
| 01/28/2016 | 28 | JUDGMENT by Chief Judge Gregory K Frizzell *Judgment of Dismissal*, entering judgment (terminates case) (hbo, Dpty Clk) Modified on 12/28/2016 - **VACATED per** 44 (jln, Dpty Clk). (Entered: 01/28/2016) |
| 01/28/2016 | | ***Civil Case Terminated (see document number 28 ) (sac, Dpty Clk) (Entered: 01/29/2016) |
| 02/29/2016 | 29 | NOTICE OF APPEAL to Circuit Court (paid $505 appeal fee; receipt number 1085-1562658) (Re: 27 Order, Dismissing/Terminating Case, Ruling on Motion to Dismiss, 28 Judgment, Entering Judgment ) by Mark Anthony Palzer (Camp, Christopher) (Entered: 02/29/2016) |
| 03/01/2016 | 30 | PRELIMINARY RECORD Sent to Circuit Court (Re: 29 Notice of Appeal to Circuit Court, ) (With attachments) (srt, Dpty Clk) (Entered: 03/01/2016) |
| 03/01/2016 | 31 | APPEAL NUMBER INFORMATION from Circuit Court assigning Case Number 16-5021 (#29) (Re: 29 Notice of Appeal to Circuit Court, ) (jln, Dpty Clk) (Entered: 03/01/2016) |
| 03/29/2016 | 32 | ORDER from Circuit Court *Notice that record is complete by 04/25/2016* (Re: 29 Notice of Appeal to Circuit Court, ) (sc, Dpty Clk) (Entered: 03/29/2016) |
| 03/31/2016 | 33 | CLERK'S RECORD on Appeal Sent to Circuit Court (Re: 29 Notice of Appeal to Circuit Court, ) (sc, Dpty Clk) (Entered: 03/31/2016) |
| 04/05/2016 | 34 | Amended DESIGNATION of Record on Appeal (Re: 29 Notice of Appeal to Circuit Court, ) by Mark Anthony Palzer (Camp, Christopher) (Entered: 04/05/2016) |
| 04/05/2016 | 35 | TRANSCRIPT ORDER FORM (Transcripts are not necessary or are already on file ) (Re: 29 Notice of Appeal to Circuit Court, ) by Mark Anthony Palzer (Camp, Christopher) (Entered: 04/05/2016) |
| 08/18/2016 | 36 | MOTION to Withdraw Attorney(s) *Kevin P. Simpson* by CoxCom, LLC (Simpson, Kevin) (Entered: 08/18/2016) |
| 08/19/2016 | 37 | ORDER by Chief Judge Gregory K Frizzell ; terminating attorney Kevin Paul Simpson ; granting 36 Motion to Withdraw Attorney(s) (kjp, Dpty Clk) (Entered: 08/19/2016) |
| 11/18/2016 | 38 | DECISION from Circuit Court vacating and remanding the Decision of the District Court (awaiting mandate) (Re: 29 Notice of Appeal to Circuit Court, ) (jln, Dpty Clk) (Entered: 11/18/2016) |
| 12/09/2016 | 39 | ATTORNEY APPEARANCE by Keith A Wilkes on behalf of CoxCom, LLC [Note: Attorney Keith A Wilkes added to party CoxCom, LLC(pty:dft).] (Wilkes, Keith) (Entered: 12/09/2016) |
| 12/14/2016 | 40 | MOTION to Withdraw Attorney(s) by CoxCom, LLC (Crawford, Rachel) (Entered: 12/14/2016) |
| 12/14/2016 | 41 | ORDER by Chief Judge Gregory K Frizzell ; terminating attorney Rachel B Crawford ; granting 40 Motion to Withdraw Attorney(s) (kjp, Dpty Clk) (Entered: 12/14/2016) |
| 12/15/2016 | 42 | ORDER from Circuit Court *denying Appellee's petition for rehearing and rehearing en banc* (Re: 29 Notice of Appeal to Circuit Court, ) (jln, Dpty Clk) (Entered: 12/15/2016) |

| | | |
|---|---|---|
| 12/27/2016 | 43 | MANDATE from Circuit Court reopening case (Re: 38 Decision from Circuit Court, 29 Notice of Appeal to Circuit Court, ) (jln, Dpty Clk) (Entered: 12/27/2016) |
| 12/28/2016 | 44 | ORDER by Chief Judge Gregory K Frizzell, setting/resetting deadline(s)/hearing(s): *To serve process by 3/28/17* ( Miscellaneous Deadline set for 3/28/2017), vacating/setting aside order(s) (Re: 27 Order, Dismissing/Terminating Case, Ruling on Motion to Dismiss, 28 Judgment, Entering Judgment ) (Documents Terminated: 28 Judgment, Entering Judgment, 27 Order, Dismissing/Terminating Case, Ruling on Motion to Dismiss ) (kjp, Dpty Clk) (Entered: 12/28/2016) |
| 03/16/2017 | 45 | SUMMONS Issued by Court Clerk as to CoxCom, LLC (jln, Dpty Clk) (Entered: 03/17/2017) |
| 04/03/2017 | 46 | MOTION to Dismiss by CoxCom, LLC (With attachments) (O'Connor, William) (Entered: 04/03/2017) |
| 04/24/2017 | 47 | RESPONSE in Opposition to Motion (Re: 46 MOTION to Dismiss ) by Mark Anthony Palzer ; (Camp, Christopher) (Entered: 04/24/2017) |
| 05/08/2017 | 48 | REPLY to Response to Motion (Re: 46 MOTION to Dismiss ) by CoxCom, LLC ; (With attachments) (O'Connor, William) (Entered: 05/08/2017) |
| 07/07/2017 | 49 | ORDER by Chief Judge Gregory K Frizzell ; setting/resetting deadline(s)/hearing(s): ( Miscellaneous Deadline set for 8/7/2017); denying 46 Motion to Dismiss (kjp, Dpty Clk) (Entered: 07/07/2017) |
| 08/09/2017 | 50 | SUMMONS Returned Executed re: CoxCom, LLC *on July 26, 2017* (Re: State Court Petition/Complaint ) by Mark Anthony Palzer (With attachments) (Camp, Christopher) (Entered: 08/09/2017) |
| 08/10/2017 | 51 | ORDER by Chief Judge Gregory K Frizzell , directing parties to file joint status report ( Status Report due by 8/31/2017) (kjp, Dpty Clk) (Entered: 08/10/2017) |
| 08/16/2017 | 52 | ANSWER (Re: State Court Petition/Complaint ) by CoxCom, LLC (O'Connor, William) (Entered: 08/16/2017) |
| 08/17/2017 | 53 | ATTORNEY APPEARANCE by Margo Elizabeth Shipley on behalf of CoxCom, LLC [Note: Attorney Margo Elizabeth Shipley added to party CoxCom, LLC(pty:dft).] (Shipley, Margo) (Entered: 08/17/2017) |
| 08/31/2017 | 54 | JOINT STATUS REPORT by Mark Anthony Palzer (Camp, Christopher) (Entered: 08/31/2017) |
| 09/06/2017 | 55 | SCHEDULING ORDER by Chief Judge Gregory K Frizzell , setting/resetting deadline(s)/hearing(s): ( Motion Hearing set for 6/12/2018 at 01:30 PM before Chief Judge Gregory K Frizzell), setting/resetting scheduling order date(s): ( Discovery due by 3/1/2018, Dispositive Motions due by 3/15/2018, Proposed Pretrial Order due by 6/25/2018, Pretrial Conference set for 7/2/2018 at 01:30 PM before Chief Judge Gregory K Frizzell, Jury Trial set for 7/16/2018 at 09:30 AM before Chief Judge Gregory K Frizzell) (kjp, Dpty Clk) (Entered: 09/06/2017) |
| 09/13/2017 | 56 | MINUTE ORDER *by Court Clerk reassigning the magistrate judge in this case following the resignation of Magistrate Judge Wilson and appointment of Magistrate Judge Jayne*, reassigning case to Magistrate Judge Jodi F Jayne, Magistrate Judge T Lane Wilson no longer assigned to case, changing case number to 15-cv-564-GKF-JFJ (This entry is the Official Order of the Court. No document is attached.) (crp, Dpty Clk) (Entered: 09/13/2017) |
| 11/21/2017 | 57 | SETTLEMENT CONFERENCE ORDER by Magistrate Judge Paul J Cleary , |

**007**

| | | setting/resetting deadline(s)/hearing(s): *before ASJ Vicki Limas* ( Settlement Conference set for 3/9/2018 at 09:30 AM before Adjunct Judge) (sdc, Dpty Clk) (Entered: 11/21/2017) |
|---|---|---|
| 01/22/2018 | 58 | NOTICE of Change of Address by Margo Elizabeth Shipley by on behalf of CoxCom, LLC (Shipley, Margo) (Entered: 01/22/2018) |
| 01/22/2018 | 59 | NOTICE of Change of Address by William Walker O'Connor by on behalf of CoxCom, LLC (O'Connor, William) (Entered: 01/22/2018) |
| 01/22/2018 | 60 | MOTION for Judgment on the Pleadings by CoxCom, LLC (With attachments) (O'Connor, William) (Entered: 01/22/2018) |
| 02/12/2018 | 61 | RESPONSE in Opposition to Motion (Re: 60 MOTION for Judgment on the Pleadings ) by Mark Anthony Palzer ; (Camp, Christopher) (Entered: 02/12/2018) |
| 02/19/2018 | 62 | REPLY to Response to Motion (Re: 60 MOTION for Judgment on the Pleadings ) by CoxCom, LLC ; (O'Connor, William) (Entered: 02/19/2018) |
| 02/19/2018 | 63 | MOTION to Compel *and Brief in Support* by CoxCom, LLC (With attachments) (O'Connor, William) (Entered: 02/19/2018) |
| 02/23/2018 | 64 | Unopposed MOTION for Attorney(s) William D. Deveney to be Admitted Pro Hac Vice (paid $50 PHV fee; receipt number 1085-1881789) by CoxCom, LLC (With attachments) (O'Connor, William) (Entered: 02/23/2018) |
| 02/23/2018 | 65 | MINUTE ORDER by Chief Judge Gregory K Frizzell ; adding attorney William Drummond Deveney for CoxCom, LLC ; granting 64 Motion for Admission Pro Hac Vice (This entry is the Official Order of the Court. No document is attached.) (kjp, Dpty Clk) (Entered: 02/23/2018) |
| 02/27/2018 | 66 | Unopposed MOTION to Accelerate/Extend/Reset Settlement Deadline(s)/Conference by CoxCom, LLC (O'Connor, William) (Entered: 02/27/2018) |
| 02/27/2018 | | ***Motion(s) Referred to Magistrate Cleary (Re: 66 Unopposed MOTION to Accelerate/Extend/Reset Settlement Deadline(s)/Conference ) (sac-qc, Dpty Clk) (Entered: 02/28/2018) |
| 02/28/2018 | 67 | ATTORNEY APPEARANCE by William Drummond Deveney on behalf of CoxCom, LLC (Deveney, William) (Entered: 02/28/2018) |
| 03/01/2018 | 68 | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *Defendant's Partially Opposed Motion to Extend Deadlines* by CoxCom, LLC (O'Connor, William) (Entered: 03/01/2018) |
| 03/02/2018 | 69 | MINUTE ORDER by Chief Judge Gregory K Frizzell *Plaintiff's counsel is directed to respond to Defendant's Partially Opposed Motion to Extend Deadlines on or before 3/6/2018*, setting/resetting deadline(s)/hearing(s): ( Responses due by 3/6/2018) (Re: 68 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *Defendant's Partially Opposed Motion to Extend Deadlines* ) (This entry is the Official Order of the Court. No document is attached.) (lah, Chambers) (Entered: 03/02/2018) |
| 03/05/2018 | 70 | MINUTE ORDER by Magistrate Judge Paul J Cleary *striking Settlement Conference, to be reset at a later date* ; striking/terminating deadline(s)/Hearing(s); granting 66 Motion to Accelerate/Extend/Reset Settlement Deadline(s)/Conference (This entry is the Official Order of the Court. No document is attached.) (sdc, Dpty Clk) (Entered: 03/05/2018) |
| 03/06/2018 | 71 | RESPONSE in Opposition to Motion (Re: 68 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *Defendant's Partially Opposed Motion to Extend Deadlines* ) by Mark Anthony Palzer ; (Camp, Christopher) Modified on 3/7/2018; this is multi-event |

**008**

| | | which cannot be processed in CM-ECF - see Motion for Miscellaneous Relief dkt # 73 (srt, Dpty Clk). (Entered: 03/06/2018) |
|---|---|---|
| 03/06/2018 | 73 | MOTION to Enlarge Scheduling Order *(COUNTER)* by Mark Anthony Palzer (srt, Dpty Clk) (Entered: 03/07/2018) |
| 03/07/2018 | 72 | MINUTE ORDER by Chief Judge Gregory K Frizzell *Defendant's Motion to Extend Deadlines by 60 days for the purpose of conducting Plaintiff's deposition and Cox's Rule 30(b)(6) deposition is granted. The Court reserves a decision on Plaintiff's "Counter-Motion" to permit additional depositions pending a response from Cox, which shall be filed on or before Monday, March 12, 2018* ; granting 68 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (This entry is the Official Order of the Court. No document is attached.) (GKFJ, Judge) (Entered: 03/07/2018) |
| 03/07/2018 | | NOTICE of Docket Entry Modification; Error: this is a multi-event which cannot be processed in CM-ECF; Correction: efiled Motion (Miscellaneous Relief) to Extend Scheduling Order (COUNTER) dkt # 73 (Re: 71 Response in Opposition to Motion, ) (srt, Dpty Clk) (Entered: 03/07/2018) |
| 03/07/2018 | 74 | MINUTE ORDER by Magistrate Judge Jodi F Jayne *Defendant's Motion to Compel (ECF No. 63) is scheduled for hearing on 3/16/18 at 9:30 a.m. (Magistrate Courtroom No. 2, third floor)*, setting/resetting deadline(s)/hearing(s): ( Motion Hearing set for 3/16/2018 at 09:30 AM before Magistrate Judge Jodi F Jayne) (Re: 63 MOTION to Compel *and Brief in Support* ) (This entry is the Official Order of the Court. No document is attached.) (crp, Dpty Clk) (Entered: 03/07/2018) |
| 03/07/2018 | 75 | SCHEDULING ORDER by Chief Judge Gregory K Frizell *(Amended Scheduling Order)*, setting/resetting scheduling order date(s): ( Discovery due by 5/1/2018, Dispositive Motions due by 5/15/2018, Motion Hearing set for 8/14/2018 at 09:30 AM before Chief Judge Gregory K Frizzell, Proposed Pretrial Order due by 8/27/2018, Pretrial Conference set for 9/4/2018 at 10:30 AM before Chief Judge Gregory K Frizzell, Jury Trial set for 9/17/2018 at 09:30 AM before Chief Judge Gregory K Frizzell) (kjp, Dpty Clk) (Entered: 03/07/2018) |
| 03/12/2018 | 76 | RESPONSE in Opposition to Motion (Re: 73 MOTION to Enlarge Scheduling Order *(COUNTER)* ) by CoxCom, LLC ; (With attachments) (O'Connor, William) (Entered: 03/12/2018) |
| 03/12/2018 | 77 | Unopposed MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (Re: 63 MOTION to Compel *and Brief in Support* ) by CoxCom, LLC (O'Connor, William) (Entered: 03/12/2018) |
| 03/12/2018 | 78 | Unopposed MOTION for Extension of Time to Respond to Motion (Re: 63 MOTION to Compel *and Brief in Support* ) by Mark Anthony Palzer (Camp, Christopher) (Entered: 03/12/2018) |
| 03/12/2018 | | ***Motion(s) Referred to Magistrate Jayne (Re: 77 Unopposed MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) (sac-qc, Dpty Clk) (Entered: 03/13/2018) |
| 03/12/2018 | | ***Motion(s) Referred to Magistrate Jayne (Re: 78 Unopposed MOTION for Extension of Time to Respond to Motion ) (sac-qc, Dpty Clk) (Entered: 03/13/2018) |
| 03/13/2018 | 79 | ORDER by Magistrate Judge Jodi F Jayne *Defendant CoxCom, LLC's Unopposed Motion to Continue the 3/16/18 Hearing on Defendant's Motion to Compel (ECF No. 77) is GRANTED. The hearing scheduled for 3/16/18 is rescheduled for 3/28/18* ; setting/resetting deadline(s)/hearing(s): ( Motion Hearing set for 3/28/2018 at 09:30 AM before Magistrate Judge Jodi F Jayne); granting 77 Motion to Accelerate/Extend/Reset |

| | | Hearing(s)/Deadline(s) (Re: [63](#) MOTION to Compel *and Brief in Support* ) (crp, Dpty Clk) (Entered: 03/13/2018) |
|---|---|---|
| 03/13/2018 | 80 | MINUTE ORDER by Magistrate Judge Jodi F Jayne *Plaintiff's Unopposed Application for Enlargement of Deadline for Responding to Defendant's Motion to Compel (ECF No. 78) is GRANTED* ; setting/resetting deadline(s)/hearing(s): ( Responses due by 3/15/2018); granting [78](#) Motion for Extension of Time to Respond to Motion (Re: [63](#) MOTION to Compel *and Brief in Support* ) (This entry is the Official Order of the Court. No document is attached.) (crp, Dpty Clk) (Entered: 03/13/2018) |
| 03/13/2018 | 81 | MINUTE ORDER by Chief Judge Gregory K Frizzell *Plaintiff's "Counter-Motion to Enlarge Scheduling Order" is denied for the reasons set forth in defendant's response* ; denying 73 Motion for Miscellaneous Relief (This entry is the Official Order of the Court. No document is attached.) (GKFJ, Judge) (Entered: 03/13/2018) |
| 03/15/2018 | [82](#) | RESPONSE in Opposition to Motion (Re: [63](#) MOTION to Compel *and Brief in Support* ) by Mark Anthony Palzer ; (Camp, Christopher) (Entered: 03/15/2018) |
| 03/26/2018 | [83](#) | REPLY to Response to Motion (Re: [63](#) MOTION to Compel *and Brief in Support* ) by CoxCom, LLC ; (O'Connor, William) (Entered: 03/26/2018) |
| 03/28/2018 | [84](#) | MINUTES of Proceedings - held before Magistrate Judge Jodi F Jayne: Motion Hearing held on 3/28/2018 ; striking/terminating deadline(s)/Hearing(s); granting [63](#) Motion to Compel (Re: [63](#) MOTION to Compel *and Brief in Support* ) (Court Reporter: C2) (crp, Dpty Clk) Modified on 4/3/2018 to correct date of hearing (crp, Dpty Clk). (Entered: 03/29/2018) |
| 04/03/2018 | [85](#) | TRANSCRIPT of Proceedings (Unredacted) of Motion Hearing held on 03-28-2018 before Magistrate Judge Jodi F Jayne (Court Reporter: Greg Bloxom 918-699-4878) (Pages: 1 - 30). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: [84](#) Minutes of Motion Hearing, Striking/Terminating Deadline(s)/Hearing(s), Ruling on Motion to Compel) (tgb, Crt Rptr) Modified on 7/2/2018 to remove transcript access restriction (sac, Dpty Clk). (Entered: 04/03/2018) |
| 04/04/2018 | 86 | MINUTE ORDER by Magistrate Judge Jodi F Jayne *this matter is set for telephonic hearing on 4/5/18 at 11:30 a.m. for the purpose of the Court issuing rulings on the issues taken under advisement during the March 28, 2018, hearing. Court will initiate conference call*, setting/resetting deadline(s)/hearing(s): ( Discovery Hearing set for 4/5/2018 at 11:30 AM before Magistrate Judge Jodi F Jayne) (Re: [63](#) MOTION to Compel *and Brief in Support*, [84](#) Minutes of Motion Hearing,, Striking/Terminating Deadline(s)/Hearing(s),, Ruling on Motion to Compel, ) (This entry is the Official Order of the Court. No document is attached.) (crp, Dpty Clk) (Entered: 04/04/2018) |
| 04/05/2018 | [87](#) | MINUTES of Proceedings - held before Magistrate Judge Jodi F Jayne: Discovery Hearing held on 4/5/2018 , striking/terminating deadline(s)/Hearing(s) (Re: [63](#) MOTION to Compel *and Brief in Support* ) (Court Reporter: C2) (crp, Dpty Clk) (Entered: 04/05/2018) |
| 04/25/2018 | 88 | MINUTE ORDER by Magistrate Judge Paul J Cleary *parties are directed to file a Status Report by 5/9/2018 as to weather setting a Settlement Conference in this matter is appropiate at this time and, if so, provide potential dates for the conference to be set*, setting/resetting deadline(s)/hearing(s): ( Status Report due by 5/9/2018) (This entry is |

| | | |
|---|---|---|
| | | the Official Order of the Court. No document is attached.) (sdc, Dpty Clk) (Entered: 04/25/2018) |
| 04/26/2018 | 89 | Unopposed MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) by CoxCom, LLC (O'Connor, William) (Entered: 04/26/2018) |
| 04/27/2018 | 90 | SCHEDULING ORDER by Chief Judge Gregory K Frizzell *(Second Amended Scheduling Order)* ; setting/resetting scheduling order date(s): ( Discovery due by 5/31/2018, Dispositive Motions due by 6/14/2018, Motion Hearing set for 9/11/2018 at 01:30 PM before Chief Judge Gregory K Frizzell, Proposed Pretrial Order due by 9/24/2018, Pretrial Conference set for 10/1/2018 at 01:30 PM before Chief Judge Gregory K Frizzell, Jury Trial set for 10/15/2018 at 09:30 AM before Chief Judge Gregory K Frizzell); granting 89 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (kjp, Dpty Clk) (Entered: 04/27/2018) |
| 05/09/2018 | 91 | STATUS REPORT by CoxCom, LLC (O'Connor, William) (Entered: 05/09/2018) |
| 05/09/2018 | | *** Status Report regarding settlement conference Referred to Magistrate Cleary (Re: 91 Status Report ) (sac-qc, Dpty Clk) (Entered: 05/10/2018) |
| 05/10/2018 | 92 | NOTICE of Change of Address by Keith A Wilkes by on behalf of CoxCom, LLC (Wilkes, Keith) (Entered: 05/10/2018) |
| 05/24/2018 | 93 | Joint MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) by CoxCom, LLC (Wilkes, Keith) (Entered: 05/24/2018) |
| 05/24/2018 | 94 | SCHEDULING ORDER by Chief Judge Gregory K Frizzell *(Third Amended Scheduling Order)* ; setting/resetting scheduling order date(s): ( Discovery due by 7/2/2018, Dispositive Motions due by 7/16/2018, Motion Hearing set for 10/11/2018 at 09:30 AM before Chief Judge Gregory K Frizzell, Proposed Pretrial Order due by 10/29/2018, Pretrial Conference set for 11/5/2018 at 09:30 AM before Chief Judge Gregory K Frizzell, Jury Trial set for 11/19/2018 at 09:30 AM before Chief Judge Gregory K Frizzell); granting 93 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (kjp, Dpty Clk) (Entered: 05/24/2018) |
| 05/30/2018 | 95 | MINUTE ORDER by Magistrate Judge Paul J Cleary *setting Settlement Conference. Plaintiffs Settlement Conference Statement will be due June 6, 2018. Defendants Settlement Conference Statement will be due June 13, 2018*, setting/resetting deadline(s)/hearing(s): *before ASJ Vicki J. Limas* ( Settlement Conference set for 6/20/2018 at 09:30 AM before Adjunct Judge) (This entry is the Official Order of the Court. No document is attached.) (sdc, Dpty Clk) (Entered: 05/30/2018) |
| 06/20/2018 | 96 | Joint MOTION to Accelerate/Extend/Reset Settlement Deadline(s)/Conference by CoxCom, LLC (O'Connor, William) (Entered: 06/20/2018) |
| 06/20/2018 | | ***Motion(s) Referred to Magistrate Cleary (Re: 96 Joint MOTION to Accelerate/Extend/Reset Settlement Deadline(s)/Conference ) (sac-qc, Dpty Clk) (Entered: 06/20/2018) |
| 06/21/2018 | 97 | MINUTE ORDER by Magistrate Judge Paul J Cleary *resetting Settlement Conference. Plaintiffs Settlement Conference Statement will be due July 30, 2018. Defendants Settlement Conference Statement will be due August 6, 2018* ; setting/resetting deadline(s)/hearing(s): *before ASJ Vicki J. Limas* ( Settlement Conference set for 8/13/2018 at 09:30 AM before Adjunct Judge); granting 96 Motion to Accelerate/Extend/Reset Settlement Deadline(s)/Conference (This entry is the Official Order of the Court. No document is attached.) (sdc, Dpty Clk) (Entered: 06/21/2018) |
| 06/25/2018 | 98 | MOTION for Attorney Fees *in Accordance with the Court's Order of April 5, 2018* by CoxCom, LLC (With attachments) (O'Connor, William) (Entered: 06/25/2018) |

| | | |
|---|---|---|
| 06/25/2018 | 99 | MINUTE ORDER by Chief Judge Gregory K Frizzell , referring motion(s) to Magistrate Jayne (Re: 98 MOTION for Attorney Fees *in Accordance with the Court's Order of April 5, 2018* ) (This entry is the Official Order of the Court. No document is attached.) (lah, Chambers) (Entered: 06/25/2018) |
| 07/02/2018 | 100 | Joint MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) by CoxCom, LLC (Wilkes, Keith) (Entered: 07/02/2018) |
| 07/03/2018 | 101 | SCHEDULING ORDER by Chief Judge Gregory K Frizzell *(Fourth Amended Scheduling Order)* ; setting/resetting scheduling order date(s): ( Discovery due by 9/4/2018, Dispositive Motions due by 9/18/2018, Motion Hearing set for 12/14/2018 at 09:30 AM before Chief Judge Gregory K Frizzell, Proposed Pretrial Order due by 12/28/2018, Pretrial Conference set for 1/8/2019 at 09:30 AM before Chief Judge Gregory K Frizzell, Jury Trial set for 1/22/2019 at 09:30 AM before Chief Judge Gregory K Frizzell); granting 100 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (kjp, Dpty Clk) (Entered: 07/03/2018) |
| 07/03/2018 | 102 | OPINION AND ORDER by Chief Judge Gregory K Frizzell ; granting in part and denying in part 60 Motion for Judgment on the Pleadings (kjp, Dpty Clk) (Entered: 07/03/2018) |
| 07/10/2018 | 103 | MINUTE ORDER by Magistrate Judge Paul J Cleary *due to a scheduling conflict, the August 13, 2018 Settlement Conference is reset. Plaintiffs Settlement Conference Statement will be due August 3, 2018. Defendants Settlement Conference Statement will be due August 10, 2018,* setting/resetting deadline(s)/hearing(s): *before ASJ Vicki J. Limas* ( Settlement Conference set for 8/17/2018 at 09:30 AM before Adjunct Judge) (This entry is the Official Order of the Court. No document is attached.) (sdc, Dpty Clk) (Entered: 07/10/2018) |
| 07/23/2018 | 104 | ORDER by Magistrate Judge Jodi F Jayne *Defendant's Motion for Fees (ECF No. 98) is GRANTED* ; granting 98 Motion for Attorney Fees (crp, Dpty Clk) (Entered: 07/23/2018) |
| 08/09/2018 | 105 | MOTION to Accelerate/Extend/Reset Settlement Deadline(s)/Conference *Motion for Leave to Submit Settlement Conference Statement After Plaintiff Complies With Settlement Conference Order* by CoxCom, LLC (O'Connor, William) (Entered: 08/09/2018) |
| 08/10/2018 | | ***Motion(s) Referred to Magistrate Judge Cleary (Re: 105 MOTION to Accelerate/Extend/Reset Settlement Deadline(s)/Conference *Motion for Leave to Submit Settlement Conference Statement After Plaintiff Complies With Settlement Conference Order* ) (kjp, Dpty Clk) (Entered: 08/10/2018) |
| 08/14/2018 | 106 | MINUTE ORDER by Magistrate Judge Paul J Cleary *at the request of the Adjunct Settlement Judge, the Settlement Conference set for August 17, 2018 is stricken, to be reset at a later date,* striking/terminating deadline(s)/Hearing(s) (This entry is the Official Order of the Court. No document is attached.) (sdc, Dpty Clk) (Entered: 08/14/2018) |
| 09/07/2018 | 107 | Joint MOTION for Protective Order by CoxCom, LLC (With attachments) (O'Connor, William) (Entered: 09/07/2018) |
| 09/12/2018 | 108 | PROTECTIVE ORDER by Magistrate Judge Jodi F Jayne ; granting 107 Motion for Protective Order (crp, Dpty Clk) (Entered: 09/12/2018) |
| 09/17/2018 | 109 | Unopposed MOTION for Leave to Exceed Page Limitation by CoxCom, LLC (O'Connor, William) (Entered: 09/17/2018) |
| 09/17/2018 | 110 | MOTION to Compel *Designation of 30(b)(6) Witness Competent to Fully Testify Regarding Topic Nos. 3, 5-6, 9, 13, 15, 23 & 25-26* by Mark Anthony Palzer (With |

**012**

| | | attachments) (Camp, Christopher) Modified on 9/18/2018; this is a two-part motion of which only one part was efiled - see 111 for Motion to Expedite Ruling (sac-qc, Dpty Clk). (Entered: 09/17/2018) |
|---|---|---|
| 09/17/2018 | 111 | MOTION to Expedite Ruling *(submitted as part of 110 )* (Re: 110 MOTION to Compel *Designation of 30(b)(6) Witness Competent to Fully Testify Regarding Topic Nos. 3, 5-6, 9, 13, 15, 23 & 25-26* ) by Mark Anthony Palzer (sac-qc, Dpty Clk) (Entered: 09/18/2018) |
| 09/17/2018 | | ***Motion(s) Referred to Magistrate Jayne (Re: 111 MOTION to Expedite Ruling *(submitted as part of 110 )* ) (sac-qc, Dpty Clk) (Entered: 09/18/2018) |
| 09/18/2018 | | NOTICE of Docket Entry Modification; Error: this is a two-part motion of which only one part was efiled; Correction: efiled Motion to Expedite Ruling - see 111 (Re: 110 MOTION to Compel *Designation of 30(b)(6) Witness Competent to Fully Testify Regarding Topic Nos. 3, 5-6, 9, 13, 15, 23 & 25-26* ) (sac-qc, Dpty Clk) (Entered: 09/18/2018) |
| 09/18/2018 | 112 | ORDER by Chief Judge Gregory K Frizzell ; granting 109 Motion for Leave to Exceed Page Limitation (kjp, Dpty Clk) (Entered: 09/18/2018) |
| 09/18/2018 | 113 | MOTION in Limine *to Exclude Various Evidence* by CoxCom, LLC (With attachments) (O'Connor, William) (Entered: 09/18/2018) |
| 09/18/2018 | 114 | MOTION for Summary Judgment *and Brief in Support* by CoxCom, LLC (With attachments) (O'Connor, William) Modified on 9/20/2018 to seal PDF of the Main Document and Attachments 1, 2 and 4, as they were filed unredacted; counsel will file the redacted version using the Errata/Correction event. (jln, Dpty Clk). (Entered: 09/18/2018) |
| 09/19/2018 | 115 | MINUTE ORDER by Chief Judge Gregory K Frizzell *Counsel for Defendant is directed to provide a three-ring binder notebook for use by the Court containing a paper copy of the document, with tabbed exhibits, as filed at Doc. # 114. Said paper copy shall be a complete and exact duplicate of the document after it was filed with the Court, including the case and docket number information at the top of each page.* (This entry is the Official Order of the Court. No document is attached.) (lah, Chambers) (Entered: 09/19/2018) |
| 09/19/2018 | 116 | MINUTE ORDER by Magistrate Judge Jodi F Jayne *Plaintiff's request for expedited consideration (ECF No. 111) is granted. Defendant shall file a response to Plaintiff's Motion to Compel (ECF No. 110) no later than one week from the date of this Order, or by September 26, 2018. No reply will be permitted. The matter is set for telephonic hearing on 9/28/18 at 11:00 a.m. Counsel, Christopher Camp, is directed to arrange the conference call and notify Judge Jayne's courtroom deputy at Cport @oknd.uscourts.gov, and all counsel of the conference call number* ; setting/resetting deadline(s)/hearing(s): ( Responses due by 9/26/2018, Motion Hearing set for 9/28/2018 at 11:00 AM before Magistrate Judge Jodi F Jayne); granting 111 Motion to Expedite Ruling (Re: 110 MOTION to Compel *Designation of 30(b)(6) Witness Competent to Fully Testify Regarding Topic Nos. 3, 5-6, 9, 13, 15, 23 & 25-26* (This entry is the Official Order of the Court. No document is attached.) (crp, Dpty Clk) (Entered: 09/19/2018) |
| 09/21/2018 | 117 | ERRATA/CORRECTION (Re: 114 MOTION for Summary Judgment *and Brief in Support* ) by CoxCom, LLC (With attachments) (Shipley, Margo) (Entered: 09/21/2018) |
| 09/25/2018 | 118 | MINUTE ORDER by Magistrate Judge Jodi F Jayne *the telephonic hearing scheduled for 9/28/18 is rescheduled for 10/2/18. Counsel, Christopher Camp, is directed to arrange the conference call and notify Judge Jayne's courtroom deputy at Cport @oknd.uscourts.gov, and all counsel of the conference call number*, setting/resetting |

| | | |
|---|---|---|
| | | deadline(s)/hearing(s): ( Motion Hearing set for 10/2/2018 at 09:30 AM before Magistrate Judge Jodi F Jayne) (Re: [110](#) MOTION to Compel *Designation of 30(b)(6) Witness Competent to Fully Testify Regarding Topic Nos. 3, 5-6, 9, 13, 15, 23 & 25-26* ) (This entry is the Official Order of the Court. No document is attached.) (crp, Dpty Clk) (Entered: 09/25/2018) |
| 09/26/2018 | [119](#) | RESPONSE in Opposition to Motion (Re: [110](#) MOTION to Compel *Designation of 30(b)(6) Witness Competent to Fully Testify Regarding Topic Nos. 3, 5-6, 9, 13, 15, 23 & 25-26* ) by CoxCom, LLC ; (With attachments) (Wilkes, Keith) (Entered: 09/26/2018) |
| 09/27/2018 | 120 | MINUTE ORDER by Magistrate Judge Jodi F Jayne *due to a Court conflict, the telephonic hearing scheduled for 10/2/18 is rescheduled for 10/3/18 at 9:30 a.m. (Court will initiate conference call),* setting/resetting deadline(s)/hearing(s): ( Motion Hearing set for 10/3/2018 at 09:30 AM before Magistrate Judge Jodi F Jayne) (Re: [110](#) MOTION to Compel *Designation of 30(b)(6) Witness Competent to Fully Testify Regarding Topic Nos. 3, 5-6, 9, 13, 15, 23 & 25-26* ) (This entry is the Official Order of the Court. No document is attached.) (crp, Dpty Clk) (Entered: 09/27/2018) |
| 10/03/2018 | [121](#) | MINUTES of Proceedings - held before Magistrate Judge Jodi F Jayne: Motion Hearing held on 10/3/2018 ; striking/terminating deadline(s)/Hearing(s); denying [110](#) Motion to Compel (Re: [110](#) MOTION to Compel *Designation of 30(b)(6) Witness Competent to Fully Testify Regarding Topic Nos. 3, 5-6, 9, 13, 15, 23 & 25-26* ) (Court Reporter: C2) (crp, Dpty Clk) (Entered: 10/03/2018) |
| 10/09/2018 | 122 | MINUTE ORDER by Magistrate Judge Paul J Cleary *setting Settlement Conference. Plaintiffs Settlement Conference Statement will be due November 29, 2018. Defendants Settlement Conference Statement will be due December 6, 2018,* setting/resetting deadline(s)/hearing(s): ( Settlement Conference set for 12/13/2018 at 01:30 PM before Magistrate Judge Paul J Cleary) (This entry is the Official Order of the Court. No document is attached.) (sdc, Dpty Clk) (Entered: 10/09/2018) |
| 10/09/2018 | [123](#) | Unopposed MOTION for Extension of Time to Respond to Motion (Re: [114](#) MOTION for Summary Judgment *and Brief in Support* ) by Mark Anthony Palzer (Camp, Christopher) (Entered: 10/09/2018) |
| 10/09/2018 | [124](#) | RESPONSE in Opposition to Motion (Re: [113](#) MOTION in Limine *to Exclude Various Evidence* ) by Mark Anthony Palzer ; (Camp, Christopher) (Entered: 10/09/2018) |
| 10/10/2018 | 125 | MINUTE ORDER by Chief Judge Gregory K Frizzell *extending deadline to respond to Defendant's motion for summary judgment* ; setting/resetting deadline(s)/hearing(s): ( Responses due by 10/19/2018, Replies due by 11/2/2018); granting [123](#) Motion for Extension of Time to Respond to Motion (Re: [114](#) MOTION for Summary Judgment *and Brief in Support* ) (This entry is the Official Order of the Court. No document is attached.) (kjp, Dpty Clk) (Entered: 10/10/2018) |
| 10/18/2018 | [126](#) | OBJECTION to Magistrate Judge's Order (Re: [121](#) Minutes of Motion Hearing,, Striking/Terminating Deadline(s)/Hearing(s),, Ruling on Motion to Compel, ) by Mark Anthony Palzer (Camp, Christopher) Modified on 10/19/2018 to change event (sac-qc, Dpty Clk). (Entered: 10/18/2018) |
| 10/19/2018 | | NOTICE of Docket Entry Modification; Error: wrong event selected (Motion to Reconsider); Correction: changed event (Objection to Magistrate Judge's Order) (Re: [126](#) OBJECTION to Magistrate Judge ) (sac-qc, Dpty Clk) (Entered: 10/19/2018) |
| 10/19/2018 | 127 | MINUTE ORDER by Chief Judge Gregory K Frizzell *Defendant shall file a Response to Plaintiff's Objection to Magistrate Judge's October 3rd Order [Doc. #126] by 10/30/2018 and Plaintiff's Reply shall be filed by 11/6/2018,* setting/resetting deadline(s)/hearing(s): ( Responses due by 10/30/2018, Replies due by 11/6/2018) (Re: [126](#) OBJECTION to |

**014**

| | | |
|---|---|---|
| | | Magistrate Judge ) (This entry is the Official Order of the Court. No document is attached.) (kjp, Dpty Clk) (Entered: 10/19/2018) |
| 10/19/2018 | 128 | Unopposed MOTION for Extension of Time to Respond to Motion *until Monday, October 22, 2018* (Re: 114 MOTION for Summary Judgment *and Brief in Support* ) by Mark Anthony Palzer (Camp, Christopher) (Entered: 10/19/2018) |
| 10/22/2018 | 129 | MINUTE ORDER by Chief Judge Gregory K Frizzell *Plaintiff is granted until 10/22/18 to file his brief in response to Defendant's Motion for Summary Judgment* ; granting 128 Motion for Extension of Time to Respond to Motion (This entry is the Official Order of the Court. No document is attached.) (lah, Chambers) (Entered: 10/22/2018) |
| 10/22/2018 | 130 | MOTION for Leave to Exceed Page Limitation by Mark Anthony Palzer (Camp, Christopher) (Entered: 10/22/2018) |
| 10/23/2018 | 131 | MINUTE ORDER by Chief Judge Gregory K Frizzell ; granting 130 Motion for Leave to Exceed Page Limitation (This entry is the Official Order of the Court. No document is attached.) (lah, Chambers) (Entered: 10/23/2018) |
| 10/23/2018 | 132 | REPLY to Response to Motion (Re: 113 MOTION in Limine *to Exclude Various Evidence* ) by CoxCom, LLC ; (With attachments) (O'Connor, William) (Entered: 10/23/2018) |
| 10/30/2018 | 133 | RESPONSE (Re: 126 OBJECTION to Magistrate Judge ) by CoxCom, LLC (Wilkes, Keith) (Entered: 10/30/2018) |
| 10/30/2018 | 134 | MOTION to Enforce *Magistrate Judge's Order and Brief in Support* by CoxCom, LLC (With attachments) (O'Connor, William) (Entered: 10/30/2018) |
| 10/31/2018 | | ***Motion(s) Referred to Magistrate Judge Jayne (Re: 134 MOTION to Enforce *Magistrate Judge's Order and Brief in Support* ) (kjp, Dpty Clk) (Entered: 10/31/2018) |
| 10/31/2018 | 135 | RESPONSE in Opposition to Motion (Re: 114 MOTION for Summary Judgment *and Brief in Support* ) by Mark Anthony Palzer ; (With attachments) (Camp, Christopher) Modified on 5/2/2019- **STRICKEN and sealed per  165** (sac-qc, Dpty Clk). (Entered: 10/31/2018) |
| 11/01/2018 | 136 | MINUTE ORDER by Chief Judge Gregory K Frizzell *Counsel for Plaintiff is directed to provide forthwith a three-ring binder notebook for use by the Court containing a paper copy of the document, with tabbed exhibits, as filed at Doc. 135. Said paper copy shall be a complete and exact duplicate of the filing after it was filed with the Court, including the case and docket number information at the top of each page.* (This entry is the Official Order of the Court. No document is attached.) (lah, Chambers) (Entered: 11/01/2018) |
| 11/02/2018 | 137 | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *to File Reply in Support of Summary Judgment* by CoxCom, LLC (Wilkes, Keith) (Entered: 11/02/2018) |
| 11/02/2018 | 138 | ORDER by Chief Judge Gregory K Frizzell ; setting/resetting deadline(s)/hearing(s): ( Replies due by 11/19/2018); granting 137 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (Re: 114 MOTION for Summary Judgment *and Brief in Support* ) (kjp, Dpty Clk) (Entered: 11/02/2018) |
| 11/09/2018 | 139 | ERRATA/CORRECTION (Re: 135 Response in Opposition to Motion ) by Mark Anthony Palzer (With attachments) (Camp, Christopher) Modified on 5/2/2019 - **STRICKEN and sealed per  165** (sac-qc, Dpty Clk). (Entered: 11/09/2018) |
| 11/09/2018 | 140 | SUPPLEMENT *Exhibit Nos. 14, 75, 79, 80, 83 & 85* (Re: 135 Response in Opposition to Motion ) by Mark Anthony Palzer (With attachments) (Camp, Christopher) Modified on 5/2/2019 - **STRICKEN and sealed per  165** (sac-qc, Dpty Clk). (Entered: 11/09/2018) |

| | | |
|---|---|---|
| 11/13/2018 | 141 | MOTION to Strike Document(s) *Plaintiff's Response to Defendant's Motion for Summary Judgment* (Re: 140 Supplement, 139 Errata/Correction to Document, 135 Response in Opposition to Motion ) by CoxCom, LLC (With attachments) (Wilkes, Keith) (Entered: 11/13/2018) |
| 11/14/2018 | 142 | MINUTE ORDER by Chief Judge Gregory K Frizzell *The court finds good cause to strike the remaining deadlines included in the Fourth Amended Scheduling Order [Doc. 101], in light of defendant's Motion to Strike Plaintiff's Response to Defendant's Motion for Summary Judgment [Doc. 141], and plaintiff's Objection to Magistrate Judge's October 3rd Order Denying Motion to Compel Compliance with Fed. R. Civ. P. 30(b)(6) [Doc. 126]. Accordingly, the remaining deadlines and dates included in the Fourth Amended Scheduling Order, including the dispositive motion hearing scheduled for December 14, 2018, are stricken to be reset by order of this court upon resolution of the pending motions.* (This entry is the Official Order of the Court. No document is attached.) (GKF2, Chambers) (Entered: 11/14/2018) |
| 11/14/2018 | 143 | MOTION to Strike Hearing(s)/Deadline(s) *Defendant's Motion to Stay Deadline to File Its Reply in Support of Summary Judgment* by CoxCom, LLC (Wilkes, Keith) (Entered: 11/14/2018) |
| 11/14/2018 | 144 | ORDER by Chief Judge Gregory K Frizzell *Defendant CoxCom's 11/19/18 reply date in support of its Motion for Summary Judgment [Doc. 114] is stricken to be reset by the Court upon resolution of Defendant's Motion to Strike [Doc. 141] and Plaintiff's Objection to Magistrate Order [Doc. 126]* ; setting/resetting deadline(s)/hearing(s): ; granting 143 Motion to Strike Hearing(s)/Deadline(s) (lah, Chambers) (Entered: 11/14/2018) |
| 11/19/2018 | 145 | MOTION to Accelerate/Extend/Reset Settlement Deadline(s)/Conference by CoxCom, LLC (Wilkes, Keith) (Entered: 11/19/2018) |
| 11/19/2018 | 146 | RESPONSE in Opposition to Motion (Re: 134 MOTION to Enforce *Magistrate Judge's Order and Brief in Support* ) by Mark Anthony Palzer ; (Camp, Christopher) (Entered: 11/19/2018) |
| 11/20/2018 | | ***Motion(s) Referred to Magistrate Judge Cleary (Re: 145 MOTION to Accelerate/Extend/Reset Settlement Deadline(s)/Conference ) (kjp, Dpty Clk) (Entered: 11/20/2018) |
| 11/28/2018 | 147 | REPLY to Response to Motion (Re: 134 MOTION to Enforce *Magistrate Judge's Order and Brief in Support* ) by CoxCom, LLC ; (Wilkes, Keith) (Entered: 11/28/2018) |
| 11/29/2018 | 148 | MINUTE ORDER by Magistrate Judge Paul J Cleary *striking Settlement Conference, to be reset at a later date* ; striking/terminating deadline(s)/Hearing(s); granting 145 Motion to Accelerate/Extend/Reset Settlement Deadline(s)/Conference (This entry is the Official Order of the Court. No document is attached.) (sdc, Dpty Clk) (Entered: 11/29/2018) |
| 11/29/2018 | 149 | MOTION for Leave to File Surreply to Reply Brief Supporting Defendant's Motion to Enforce [Dkt. #147] by Mark Anthony Palzer (Camp, Christopher) (Entered: 11/29/2018) |
| 11/29/2018 | 150 | MINUTE ORDER by Chief Judge Gregory K Frizzell , referring motion(s) to Magistrate Judge Jayne (Re: 149 MOTION for Leave to File Surreply to Reply Brief Supporting Defendant's Motion to Enforce [Dkt. #147] ) (This entry is the Official Order of the Court. No document is attached.) (lah, Chambers) (Entered: 11/29/2018) |
| 11/29/2018 | 151 | MINUTE ORDER by Magistrate Judge Jodi F Jayne *Plaintiff's Motion for Leave to File Surreply to Defendant's Motion to Enforce (ECF No. 149) is GRANTED* ; granting 149 Motion for Leave to File Document(s) (Re: 134 MOTION to Enforce *Magistrate Judge's* |

**016**

| | | |
|---|---|---|
| | | *Order and Brief in Support* ) (This entry is the Official Order of the Court. No document is attached.) (crp, Dpty Clk) (Entered: 11/29/2018) |
| 12/06/2018 | 152 | SURREPLY to Motion (Re: 134 MOTION to Enforce *Magistrate Judge's Order and Brief in Support* ) by Mark Anthony Palzer ; (With attachments) (Camp, Christopher) (Entered: 12/06/2018) |
| 12/06/2018 | 153 | MOTION for Extension of Time to Respond to Motion (Re: 141 MOTION to Strike Document(s) *Plaintiff's Response to Defendant's Motion for Summary Judgment* ) by Mark Anthony Palzer (Camp, Christopher) (Entered: 12/06/2018) |
| 12/07/2018 | 154 | MINUTE ORDER by Chief Judge Gregory K Frizzell *Plaintiff Mark Palzer's Application for Enlargement of Deadline to Respond to Defendant's Motion to Strike is granted. Plaintiff has until 12/14/18 to file his response; Defendant has until 12/28/18 to file its reply. No further extensions shall be granted.* ; setting/resetting deadline(s)/hearing(s): ( Responses due by 12/14/2018, Replies due by 12/28/2018); granting 153 Motion for Extension of Time to Respond to Motion (Re: 141 MOTION to Strike Document(s) *Plaintiff's Response to Defendant's Motion for Summary Judgment* ) (This entry is the Official Order of the Court. No document is attached.) (lah, Chambers) (Entered: 12/07/2018) |
| 12/07/2018 | 155 | MOTION to Seal Document *(Exhibit B to Dkt. #152) and for Leave to File Same by Conventional Means* by Mark Anthony Palzer (Camp, Christopher) (Entered: 12/07/2018) |
| 12/07/2018 | 156 | MINUTE ORDER by Chief Judge Gregory K Frizzell , referring motion(s) to Magistrate Judge Jayne (Re: 155 MOTION to Seal Document *(Exhibit B to Dkt. #152) and for Leave to File Same by Conventional Means* ) (This entry is the Official Order of the Court. No document is attached.) (lah, Chambers) (Entered: 12/07/2018) |
| 12/07/2018 | 157 | MINUTE ORDER by Magistrate Judge Jodi F Jayne *granting motion to file exhibit under seal* ; granting 155 Motion to Seal Document(s) (This entry is the Official Order of the Court. No document is attached.) (sdc, Dpty Clk) (Entered: 12/07/2018) |
| 12/07/2018 | 158 | SEALED DOCUMENT (jln, Dpty Clk) (Entered: 12/07/2018) |
| 12/14/2018 | 159 | Second MOTION for Extension of Time to Respond to Motion (Re: 141 MOTION to Strike Document(s) *Plaintiff's Response to Defendant's Motion for Summary Judgment* ) by Mark Anthony Palzer (Camp, Christopher) (Entered: 12/14/2018) |
| 12/17/2018 | 160 | ORDER by Chief Judge Gregory K Frizzell ; denying 159 Motion for Extension of Time to Respond to Motion (kjp, Dpty Clk) (Entered: 12/17/2018) |
| 12/17/2018 | 161 | RESPONSE in Opposition to Motion (Re: 141 MOTION to Strike Document(s) *Plaintiff's Response to Defendant's Motion for Summary Judgment* ) by Mark Anthony Palzer ; (With attachments) (Camp, Christopher) Modified on 12/19/2018 - **STRICKEN per** 162 (sac-qc, Dpty Clk). (Entered: 12/17/2018) |
| 12/18/2018 | 162 | MINUTE ORDER by Chief Judge Gregory K Frizzell *Pursuant to the Order entered on 12/17/2018 [Doc. 160], Plaintiff's Response in Opposition to Defendant's Motion to Strike Plaintiff's Response to Defendant's Motion for Summary Judgment [Doc. 161] is hereby STRICKEN.*, striking/withdrawing document(s) (Re: 161 Response in Opposition to Motion, 160 Order, Ruling on Motion for Extension of Time to Respond to Motion ) (Documents Terminated: 161 Response in Opposition to Motion ) (This entry is the Official Order of the Court. No document is attached.) (kjp, Dpty Clk) (Entered: 12/18/2018) |
| 04/19/2019 | 163 | ORDER by Magistrate Judge Jodi F Jayne ; denying 134 Motion to Enforce (sdc, Dpty Clk) (Entered: 04/19/2019) |

| 04/26/2019 | 164 | ORDER by Judge Gregory K Frizzell ; denying 126 Objection to Magistrate Judge's Order (kjp, Dpty Clk) (Entered: 04/26/2019) |
|---|---|---|
| 05/01/2019 | 165 | ORDER by Judge Gregory K Frizzell ; striking/withdrawing document(s); granting 141 Motion to Strike Document(s) (Re: 140 Supplement, 139 Errata/Correction to Document, 135 Response in Opposition to Motion ) (Documents Terminated: 140 Supplement, 139 Errata/Correction to Document, 135 Response in Opposition to Motion ) (kjp, Dpty Clk) (Entered: 05/01/2019) |
| 05/31/2019 | 166 | MOTION for Attorney Fees *Pursuant to the Court's Order of May 1, 2019 [Doc. 165]* by CoxCom, LLC (With attachments) (Wilkes, Keith) (Entered: 05/31/2019) |
| 06/21/2019 | 167 | RESPONSE in Opposition to Motion (Re: 166 MOTION for Attorney Fees *Pursuant to the Court's Order of May 1, 2019 [Doc. 165]* by Mark Anthony Palzer ; (With attachments) (Camp, Christopher) (Entered: 06/22/2019) |
| 07/03/2019 | 168 | REPLY to Response to Motion (Re: 166 MOTION for Attorney Fees *Pursuant to the Court's Order of May 1, 2019 [Doc. 165]* ) by CoxCom, LLC ; (Wilkes, Keith) (Entered: 07/03/2019) |
| 07/24/2019 | 169 | MOTION for Leave to File Surreply to Defendant's Reply in Support of Application for Attorney Fees [Dkt. #168] by Mark Anthony Palzer (Camp, Christopher) (Entered: 07/24/2019) |
| 07/24/2019 | 170 | ORDER by Judge Gregory K Frizzell ; denying 169 Motion for Leave to File Document(s) (lah, Chambers) (Entered: 07/24/2019) |
| 09/17/2019 | 171 | ORDER by Judge Gregory K Frizzell ; granting 114 Motion for Summary Judgment (kjp, Dpty Clk) (Entered: 09/17/2019) |
| 09/17/2019 | 172 | JUDGMENT by Judge Gregory K Frizzell , entering judgment in favor of Defendant CoxCom, LLC and against Plaintiff (terminates case) (Documents Terminated: 113 MOTION in Limine *to Exclude Various Evidence* ) (kjp, Dpty Clk) (Entered: 09/17/2019) |
| 09/17/2019 | | ***Civil Case Terminated (see document number 172 ) (sac, Dpty Clk) (Entered: 09/18/2019) |
| 10/17/2019 | 173 | NOTICE OF APPEAL to Circuit Court (paid $505 appeal fee; receipt number AOKNDC-2123419) (Re: 171 Order, Ruling on Motion for Summary Judgment, 172 Judgment, Entering Judgment, 165 Order,, Striking/Withdrawing Document(s),, Ruling on Motion to Strike Document(s), 164 Order, Ruling on Objection to Magistrate Judge's Order ) by Mark Anthony Palzer (Camp, Christopher) (Entered: 10/17/2019) |
| 10/18/2019 | 174 | PRELIMINARY RECORD Sent to Circuit Court (Re: 173 Notice of Appeal to Circuit Court, ) (With attachments) (sac, Dpty Clk) (Entered: 10/18/2019) |
| 10/18/2019 | 175 | APPEAL NUMBER INFORMATION from Circuit Court assigning Case Number 19-5094 (#173) (Re: 173 Notice of Appeal to Circuit Court, ) (sc, Dpty Clk) (Entered: 10/18/2019) |
| 11/01/2019 | 176 | TRANSCRIPT ORDER FORM (Transcripts are not necessary or are already on file ) (Re: 173 Notice of Appeal to Circuit Court, ) by Mark Anthony Palzer (Camp, Christopher) (Entered: 11/01/2019) |
| 11/20/2019 | 177 | ORDER from Circuit Court *notice due that record is complete by 11/27/2019 for Mark C. McCartt, Clerk of Court* (Re: 173 Notice of Appeal to Circuit Court, ) (alg, Dpty Clk) (Entered: 11/21/2019) |
| 11/22/2019 | 178 | CLERK'S RECORD on Appeal Sent to Circuit Court (Re: 173 Notice of Appeal to |

**018**

Circuit Court, ) (sc, Dpty Clk) (Entered: 11/22/2019)

| 12/19/2019 | 179 | ORDER by Judge Gregory K Frizzell ; granting in part and denying in part 166 Motion for Attorney Fees (lah, Chambers) (Entered: 12/19/2019) |
|---|---|---|

**PACER Service Center**

**Transaction Receipt**

03/10/2020 19:15:36

| PACER Login: | wwoconnor1964 | Client Code: | 234205.01531 |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 4:15-cv-00564-GKF-JFJ |
| Billable Pages: | 18 | Cost: | 1.80 |

**019**

| | |
|---|---|
| **From:** | CM-ECFMail_OKND@oknd.uscourts.gov |
| **Sent:** | Wednesday, October 10, 2018 11:24 AM |
| **To:** | Courtmail@oknd.uscourts.gov |
| **Subject:** | Activity in OKND case 4:15-cv-00564-GKF-JFJ Palzer v. Cox Oklahoma Telcom, LLC et al - Minute Order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**U.S. District Court for the Northern District of Oklahoma**

**Notice of Electronic Filing**

The following transaction was entered on 10/10/2018 at 11:24 AM CDT and filed on 10/10/2018

**Case Name:** Palzer v. Cox Oklahoma Telcom, LLC et al
**Case Number:** 4:15-cv-00564-GKF-JFJ
**Filer:**
**Document Number:** 125(No document attached)

**Docket Text:**
**MINUTE ORDER by Chief Judge Gregory K Frizzell *extending deadline to respond to Defendant's motion for summary judgment* ; setting/resetting deadline(s)/hearing(s): ( Responses due by 10/19/2018, Replies due by 11/2/2018); granting [123] Motion for Extension of Time to Respond to Motion (Re: [114] MOTION for Summary Judgment *and Brief in Support* ) (This entry is the Official Order of the Court. No document is attached.) (kjp, Dpty Clk)**

**4:15-cv-00564-GKF-JFJ Notice has been electronically mailed to:**

Christopher Lincoln Camp     camplawfirm@gmail.com

Keith A Wilkes     kwilkes@hallestill.com, eandrew@hallestill.com

Margo Elizabeth Shipley     mshipley@hallestill.com, lwilliams@hallestill.com, margoshipley@gmail.com, twallace@hallestill.com

N Kay Bridger-Riley     kay@bridger-riley.com

William Drummond Deveney     deveney@elarbeethompson.com, susan@elarbeethompson.com

William Walker O'Connor    boconnor@hallestill.com, lwilliams@hallestill.com, twallace@hallestill.com

**4:15-cv-00564-GKF-JFJ Notice has not been electronically mailed to:**

**From:** CM-ECFMail_OKND@oknd.uscourts.gov
**Sent:** Monday, October 22, 2018 8:33 AM
**To:** Courtmail@oknd.uscourts.gov
**Subject:** Activity in OKND case 4:15-cv-00564-GKF-JFJ Palzer v. Cox Oklahoma Telcom, LLC et al - Minute Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### U.S. District Court for the Northern District of Oklahoma

#### Notice of Electronic Filing

The following transaction was entered on 10/22/2018 at 8:32 AM CDT and filed on 10/22/2018
**Case Name:** Palzer v. Cox Oklahoma Telcom, LLC et al
**Case Number:** 4:15-cv-00564-GKF-JFJ
**Filer:**
**Document Number:** 129(No document attached)

**Docket Text:**
**MINUTE ORDER by Chief Judge Gregory K Frizzell *Plaintiff is granted until 10/22/18 to file his brief in response to Defendant's Motion for Summary Judgment* ; granting [128] Motion for Extension of Time to Respond to Motion (This entry is the Official Order of the Court. No document is attached.) (lah, Chambers)**

**4:15-cv-00564-GKF-JFJ Notice has been electronically mailed to:**

Christopher Lincoln Camp     camplawfirm@gmail.com

Keith A Wilkes     kwilkes@hallestill.com, eandrew@hallestill.com

Margo Elizabeth Shipley     mshipley@hallestill.com, lwilliams@hallestill.com, margoshipley@gmail.com, twallace@hallestill.com

N Kay Bridger-Riley     kay@bridger-riley.com

William Drummond Deveney     deveney@elarbeethompson.com, susan@elarbeethompson.com

William Walker O'Connor    boconnor@hallestill.com, lwilliams@hallestill.com, twallace@hallestill.com

**4:15-cv-00564-GKF-JFJ Notice has not been electronically mailed to:**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **MARK ANTHONY PALZER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 15-CV-564-GKF-JFJ** |
| **v.** | ) | |
| | ) | |
| **COXCOM, LLC,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

### PLAINTIFF'S ASSUMED OPPOSED MOTION
### TO EXCEED PAGE LIMITATION

Plaintiff Mark Palzer ("Palzer" or "Plaintiff") respectfully requests leave of this Court to file his *Response to Defendant CoxCom, LLC's Motion for Summary Judgment* in excess of the 25-page limit set forth in N.D. LCvR 7.2(c). In support of this Motion, Plaintiff states as follows:

1. Due to the hour at which the undersigned attorney finished preparing Plaintiff's *Response*, it was not possible for him to communicate with defense counsel for the purpose of ascertaining whether Defendant objects to the instant request to exceed the page limitation set forth in in N.D. LCvR 7.2(c).  Accordingly, the Court should assume that Defendant would oppose the relief sought by this *Motion.*

2. In responding to Defendant's Rule 56 motion, Plaintiff respectfully seeks leave to exceed the 25-page limit imposed by N.D. LCvR 7.2(c) by ten (10) pages (exclusive of cover, table of contents, table of authorities, and certificate of delivery).

3. The *Motion for Summary Judgment* to which Plaintiff now responds is itself thirty-two (32) pages in length, and includes seventy-four separately numbered "undisputed facts" to which Plaintiff must respond.

4.  Despite diligently working to condense and avoid duplicative arguments, the undersigned counsel for Plaintiff respectfully submits that the additional ten (10) pages is necessary in order for Plaintiff to fully respond to Defendant's Rule 56 motion.

<strong><u>CONCLUSION</u></strong>

Plaintiff Mark Palzer respectfully requests that an Order be entered allowing him to file his *Response to Defendant CoxCom, LLC's Motion for Summary Judgment* in excess of the 25-page limit set forth in N.D. LCvR 7.2(c).

Respectfully submitted:

**CAMP LAW FIRM**

**By:**

**Christopher L. Camp, OBA #18541**
**7122 South Sheridan Road, Suite #2-382**
**Tulsa, Oklahoma  74133**
**Telephone: (918) 200-4871**
**Facsimile: (918) 550-8337**
**E-mail: camplawfirm@gmail.com**

**Attorney for Plaintiff Mark Palzer**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 22, 2018, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

William W. O'Connor, Esq.
Keith Wilkes, Esq.
Margo Shipley, Esq.
William Drummond Deveney, Esq.

**Christopher L. Camp, OBA #18541**

**026**

| | |
|---|---|
| **From:** | CM-ECFMail_OKND@oknd.uscourts.gov |
| **Sent:** | Tuesday, October 23, 2018 11:47 AM |
| **To:** | Courtmail@oknd.uscourts.gov |
| **Subject:** | Activity in OKND case 4:15-cv-00564-GKF-JFJ Palzer v. Cox Oklahoma Telcom, LLC et al - Minute Order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

### U.S. District Court for the Northern District of Oklahoma

**Notice of Electronic Filing**

The following transaction was entered on 10/23/2018 at 11:46 AM CDT and filed on 10/23/2018
**Case Name:**       Palzer v. Cox Oklahoma Telcom, LLC et al
**Case Number:**     4:15-cv-00564-GKF-JFJ
**Filer:**
**Document Number:** 131(No document attached)

**Docket Text:**
**MINUTE ORDER by Chief Judge Gregory K Frizzell ; granting [130] Motion for Leave to Exceed Page Limitation (This entry is the Official Order of the Court. No document is attached.) (lah, Chambers)**

**4:15-cv-00564-GKF-JFJ Notice has been electronically mailed to:**

Christopher Lincoln Camp      camplawfirm@gmail.com

Keith A Wilkes      kwilkes@hallestill.com, eandrew@hallestill.com

Margo Elizabeth Shipley      mshipley@hallestill.com, lwilliams@hallestill.com, margoshipley@gmail.com, twallace@hallestill.com

N Kay Bridger-Riley      kay@bridger-riley.com

William Drummond Deveney      deveney@elarbeethompson.com, susan@elarbeethompson.com

William Walker O'Connor      boconnor@hallestill.com, lwilliams@hallestill.com, twallace@hallestill.com

1

**027**

**4:15-cv-00564-GKF-JFJ Notice has not been electronically mailed to:**

**028**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

MARK ANTHONY PALZER,                )
                                )
    Plaintiff,  )
                                )  **Case No. 15-CV-564-GKF-JFJ**
v.                                  )
                                )
COXCOM, LLC,                        )
                                )
                                )
    Defendant.  )

## PLAINTIFF MARK PALZER'S APPLICATION
## FOR ENLARGEMENT OF DEADLINE TO RESPOND TO
## DEFENDANT'S MOTION TO STRIKE

Plaintiff Mark Palzer ("Palzer" or "Plaintiff"), pursuant to LCvR 7.2(g), hereby respectfully moves this Court for an order granting Plaintiff until Friday, December 14, 2018, within which to file his brief in response to the *Motion to Strike Plaintiff's Response to Defendant's Motion for Summary Judgment* **[Dkt. #143]** submitted by Defendant CoxCom, LLC ("Cox" or "Defendant"). In support of this *Application*, Plaintiff would show the Court as follows:

### STATEMENT OF COMPLIANCE

Pursuant to LCvR 7.2(g), Plaintiff's counsel, Christopher L. Camp, hereby certifies that on December 4, 2018, he attempted to confer with William O'Connor and Keith Wilkes, co-counsel for Defendant, regarding the relief requested herein, but has been unsuccessful in reaching the same. Accordingly, the Court should assume that Cox objects to the extension requested by this *Application*.

### FACTS

1. On November 13, 2018, Defendant CoxCom, LLC filed its *Motion to Strike Plaintiff's Response to Defendant's Motion for Summary Judgment*.

2. Since the filing of Cox's *Motion to Strike*, Plaintiff's attorney Christopher Camp, a solo

**029**

practitioner, has had numerous briefing and discovery deadlines, voluminous work to complete in connection with the dissolution of a company currently in receivership, and additional obligations in his other cases warranting his immediate attention.

3. This *Application* is made so that the undersigned will have adequate time to fully address the allegations and arguments raised by Defendant's *Motion,* while continuing to meet his other case obligations and deadlines.

4. Plaintiff has made no previous requests to extend the deadline for responding to the aforementioned *Motion.*

5. Since the Court has stricken all deadlines in this case, including Cox's November 19th deadline for filing a reply brief in support of its *Motion for Summary Judgment*, granting this extension will not affect any other deadlines in the case, nor will it unduly prejudice Defendant.

6. Further, the interests of justice and fairness would best be served by allowing Plaintiff the additional time he now requests so that his counsel may present fully-developed arguments in opposition to the above-referenced motion which, in part, seeks dispositive relief.

**WHEREFORE**, premises considered, Plaintiff Mark Palzer hereby prays that this Court enter an order (a) granting Plaintiff until Friday, December 14, 2018, within which to file his brief in response to the *Motion to Strike* **[Dkt. #141]** submitted by Defendant CoxCom, LLC; and (b) granting Plaintiff all other relief (whether legal, equitable, or both) to which he may be entitled or that the Court deems just and proper.

Respectfully submitted:

**CAMP LAW FIRM**

By: _____

**Christopher L. Camp, OBA #18541**
**7122 South Sheridan Road, Suite #2-382**
**Tulsa, Oklahoma  74133**
**Telephone: (918) 200-4871**
**Facsimile: (888) 397-3643**
**E-mail: camplawfirm@gmail.com**

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2018, I electronically transmitted the foregoing instrument to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

William W. O'Connor, Esq.
Margo Shipley, Esq.
William Deveney, Esq.

_____
**Christopher L. Camp, OBA #18540**

| | |
|---|---|
| **From:** | CM-ECFMail_OKND@oknd.uscourts.gov |
| **Sent:** | Friday, December 07, 2018 10:40 AM |
| **To:** | Courtmail@oknd.uscourts.gov |
| **Subject:** | Activity in OKND case 4:15-cv-00564-GKF-JFJ Palzer v. Cox Oklahoma Telcom, LLC et al - Minute Order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

### U.S. District Court for the Northern District of Oklahoma

#### Notice of Electronic Filing

The following transaction was entered on 12/7/2018 at 10:40 AM CST and filed on 12/7/2018

**Case Name:**      Palzer v. Cox Oklahoma Telcom, LLC et al
**Case Number:**      4:15-cv-00564-GKF-JFJ
**Filer:**
**Document Number:** 154(No document attached)

**Docket Text:**
**MINUTE ORDER by Chief Judge Gregory K Frizzell** *Plaintiff Mark Palzer's Application for Enlargement of Deadline to Respond to Defendant's Motion to Strike is granted. Plaintiff has until 12/14/18 to file his response; Defendant has until 12/28/18 to file its reply. No further extensions shall be granted.* **; setting/resetting deadline(s)/hearing(s): ( Responses due by 12/14/2018, Replies due by 12/28/2018); granting [153] Motion for Extension of Time to Respond to Motion (Re: [141] MOTION to Strike Document(s)** *Plaintiff's Response to Defendant's Motion for Summary Judgment* **)** **(This entry is the Official Order of the Court. No document is attached.) (lah, Chambers)**

**4:15-cv-00564-GKF-JFJ Notice has been electronically mailed to:**

Christopher Lincoln Camp     camplawfirm@gmail.com

Keith A Wilkes     kwilkes@hallestill.com, eandrew@hallestill.com

Margo Elizabeth Shipley     mshipley@hallestill.com, lwilliams@hallestill.com, margoshipley@gmail.com, twallace@hallestill.com

1

**032**

N Kay Bridger-Riley    kay@bridger-riley.com

William Drummond Deveney    deveney@elarbeethompson.com, susan@elarbeethompson.com

William Walker O'Connor    boconnor@hallestill.com, lwilliams@hallestill.com, twallace@hallestill.com

**4:15-cv-00564-GKF-JFJ Notice has not been electronically mailed to:**

**033**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **MARK ANTHONY PALZER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 15-CV-564-GKF-JFJ** |
| **v.** | ) | |
| | ) | |
| **COXCOM, LLC,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

### PLAINTIFF MARK PALZER'S SECOND APPLICATION
### FOR ENLARGEMENT OF DEADLINE TO RESPOND TO
### <u>DEFENDANT'S MOTION TO STRIKE</u>

Plaintiff Mark Palzer ("Palzer" or "Plaintiff"), pursuant to LCvR 7.2(g), hereby respectfully moves this Court for an order granting Plaintiff until Monday, December 17, 2018, within which to file his brief in response to the *Motion to Strike Plaintiff's Response to Defendant's Motion for Summary Judgment* **[Dkt. #143]** submitted by Defendant CoxCom, LLC ("Cox" or "Defendant").  In support of this *Application*, Plaintiff would show the Court as follows:

### <u>STATEMENT OF COMPLIANCE</u>

Pursuant to LCvR 7.2(g), Plaintiff's counsel, Christopher L. Camp, states that due to the late hour at which the instant *Application* is being filed, he is unable to attempt to contact William O'Connor or Keith Wilkes, co-counsel for Defendant, regarding the relief requested herein.  Camp would certify, however, that yesterday, December 13, 2018, he attempted to contact Messrs. O'Connor and Wilkes both by way of telephone and e-mail regarding related issues, but neither counsel acknowledged or responded to these attempts to communicate.  For these reasons, the Court should assume that Cox objects to the extension requested by this *Application*.

### <u>FACTS</u>

1.  On November 13, 2018, Defendant CoxCom, LLC filed its *Motion to Strike Plaintiff's*

**034**

*Response to Defendant's Motion for Summary Judgment*.

2. Since the filing of Cox's *Motion to Strike*, Plaintiff's attorney Christopher Camp, a solo practitioner, has had numerous briefing and discovery deadlines, voluminous work to complete in connection with the dissolution of a company currently in receivership, and additional obligations in his other cases warranting his immediate attention.

3. Accordingly, on Friday, December 7, 2018, the undersigned requested an additional seven (7) days within which to respond to Cox's *Motion to Strike,*

4. Since that time, aside from a handful of court appearances, several client meetings, and work on certain time-sensitive administrative matters, counsel has devoted the lion's share of his time to the diligent preparation of Plaintiff's response to Cox's *Motion to Strike.* However, given the broad topical and temporal scope of Cox's various assertions (to which the undersigned must fully respond and, to the extent possible, rebut with evidence and/or analogous legal authorities), counsel will not be able to complete Plaintiff's response by the midnight deadline. Nevertheless, counsel will be able to finish drafting and assembling Plaintiff's response over the weekend in time for submission on Monday.

5. As previously stated, Plaintiff has made one previous request to extend the deadline for responding to the aforementioned *Motion.*

6. Since the Court has stricken all deadlines in this case, including Cox's deadline for filing a reply brief in support of its *Motion for Summary Judgment*, granting this extension will not affect any other deadlines in the case, nor will it unduly prejudice Defendant.

7. Further, the interests of justice and fairness would best be served by allowing Plaintiff and his counsel the additional time now requested so that counsel may present fully-developed arguments in opposition to the above-referenced motion which seeks dispositive relief and sanctions.

**WHEREFORE**, premises considered, Plaintiff Mark Palzer hereby prays that this Court enter an order (a) granting Plaintiff until Monday, December 17, 2018, within which to file his brief in response to the *Motion to Strike* **[Dkt. #141]** submitted by Defendant CoxCom, LLC; and (b) granting Plaintiff all other relief (whether legal, equitable, or both) to which he may be entitled or that the Court deems just and proper.

**Respectfully submitted:**

**CAMP LAW FIRM**

By: _____
**Christopher L. Camp, OBA #18541**
**7122 South Sheridan Road, Suite #2-382**
**Tulsa, Oklahoma 74133**
**Telephone: (918) 200-4871**
**Facsimile: (888) 397-3643**
**E-mail: camplawfirm@gmail.com**

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2018, I electronically transmitted the foregoing instrument to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

William W. O'Connor, Esq.
Margo Shipley, Esq.
William Deveney, Esq.

_____
**Christopher L. Camp, OBA #18541**

**036**