# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | April 02, 2020 | Jane K. Castro<br>Chief Deputy Clerk |

Mr. Christopher Lincoln Camp
Camp Law Firm
7122 South Sheridan Road
Suite 2-382
Tulsa, OK 74133

**RE:** 19-5094, Palzer v. Cox Oklahoma Telcom, et al
Dist/Ag docket: 4:15-CV-00564-GKF-JFJ

Dear Counsel:

Appellant's reply brief is deficient because:

There is no table of contents. See Fed. R. App. P. 28 (a)(2).

There is no table of cases and other authorities. *See* Fed. R. App. P. 28(a)(3).

You must file a corrected brief.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of the Court

cc:    Rachel B. Crawford
       William D. Deveney
       William Walker O'Connor
       Kevin Paul Simpson
       Keith A. Wilkes

CMW/jm